# UNITED STATES DISTRICT COURT

Southern     District of     New York

NADEEM AMIN

v.

ANDREA QUARANTILLO, New York District
Director of U.S. Citizenship and Immigration Svce

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 CIV 7980

Judge Pauley

TO: (Name and address of Defendant)

ANDREA QUARANTILLO,
New York District Director of U.S. Citizenship and Immigration Services
26 Federal Plaza
New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PLUNKETT & DONNAND, 401 Broadway, #912, NY, NY 10013

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: J. MICHAEL McMAHON

DATE: SEP 11 2007

(By) DEPUTY CLERK



AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________

Date *Signature of Server*

____________________

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DocumentPDFTrial www.pdfdocumentstoc.com

Judge Pauley

07 CIV 7980

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NADEEM AMIN

     Plaintiff,

-against-

ANDREA QUARANTILLO,
New York District Director of
U.S. Citizenship and Immigration Services

     Defendant.
-------------------------------------X

PETITION FOR HEARING
ON NATURALIZATION
APPLICATION

USCIS No. A46 876 130

1.  This is a petition for a hearing of Plaintiff's application for naturalization on the ground that Defendant has failed to make a determination under 8 U.S.C. § 1446.

PARTIES

2.  Plaintiff Nadeem Amin is a native and citizen of Pakistan. He has been a lawful permanent resident of the United States since 15 April 1999. At all times hereinafter-mentioned Plaintiff was and still is a resident of New York County. He currently resides at 1978 Second Ave., #2-A, New York, NY 10029. His alien registration number is A46 876 130.

3.  Defendant Andrea Quarantillo is the New York District Director of the United States Citizenship and Immigration Services ("USCIS") with the supervisory authority over all operations of the USCIS within the New York district, including the authority to grant or deny naturalization applications submitted to the USCIS within the New York district pursuant to 8 U.S.C. § 1421 and 8 U.S.C. § 1427. Defendant is sued in her official capacity.

Do not copy PDF editorial www.pdfwatermark.com

## JURISDICTION

4.  Jurisdiction in this case is proper under 8 U.S.C. § 1447(b), and 28 U.S.C. § 2201. Relief is requested pursuant to said statutes.

## VENUE

5.  Venue is proper in this court pursuant to 8 U.S.C. § 1447(b) in that this is an action against officers and agencies of the United States in their official capacities, brought in the District in which Plaintiff resides.

## CAUSE OF ACTION

6.  On or about 1 April 2004, Plaintiff filed an Application for naturalization on Form N-400. On 24 May 2006 he was examined on that application.

7.  At his examination, Plaintiff passed the English language and U.S. history and government tests. Plaintiff was advised in writing that he passed these tests. See Exhibit 1 (Copy of "Naturalization Interview Results" notice, issued by USCIS).

8.  Over the past 15 months, Plaintiff has made repeated inquiries into the status of his case. On each occasion, Plaintiff has been told the case is pending the results of a mandated agency security check, the purpose of which is to confirm that Plaintiff has no criminal record and presents no security risk.

9.  More than 120 days have passed since the initial examination and the Defendant has made no decision on Plaintiff's application.

10. The Defendant's failure to make a determination of Plaintiff's application within the 120 day statutory period allows Plaintiff to bring the matter to this Court for a hearing pursuant to 8 U.S.C. § 1447(b).

Document PDF Original
www.portworldprc.com

11. Plaintiff desires a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a citizen of the United States. A period in excess of one year should be more than sufficient time to complete the security check and adjudicate this application.

**WHEREFORE**, in view of the arguments and authority noted herein, Plaintiff respectfully requests that, upon due consideration, the Court agree to hear Plaintiff's case and render a declaratory judgment that he is entitled to be naturalized, and grant such other relief as justice may require.

Dated: 22 August 2007

Respectfully submitted,

PLUNKETT & DONNARD

Brian Donnard – BD 7318
Counsel for Plaintiff
101 Broadway, Suite 912
New York, New York 10013
(212) 219-9866

DocuTrac PDFTrial www.portinworkperfect.com