UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
NADEEM AMIN,                                              :
                                                          :
                Plaintiff,                            :     **ECF CASE**
                                                          :
   v.                                                     :
                                                          :     07 Civ. 7980 (WHP)
ANDREA QUARANTILLO,                                       :
                                                          :
                Defendant                             :     NOTICE OF APPEARANCE
                                                          :
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         October 3, 2007

                                                Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York

                               By:    /s/_____
                                              ROBERT W. YALEN
                                              Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, New York 10007
                                              Telephone: (212) 637-2722
                                              Facsimile: (212) 637-2717
                                              Email: robert.yalen@usdoj.gov

To:    Brian Donnard, Esq.
         401 Broadway, Suite 912
         New York, NY 10013