**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

October 9, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2007
```

By Hand
Hon. William H. Pauley
United States District Judge
United States District Court
500 Pearl Street, Room 2210
New York, New York 10007

<u>Amin v. Quarantillo</u>, 07 Civ. 7980 (WHP)

Dear Judge Pauley:

I write respectfully to request that the Court adjourn the initial pretrial conference currently set for Friday, October 12, 2007, to a date convenient to the Court on or after November 30, 2007. There are two reasons for this adjournment: First, the Government's response to the complaint is not due until November 19, 2007, and the adjournment will allow the parties the opportunity to consider the Government's response in their Rule 26(f) conference. Second, counsel for plaintiff is engaged on an unrelated matter in Philadelphia on the current date of the conference. The parties jointly make this request for an adjournment, which is the first request for adjournment made in this matter.

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
ROBERT WILLIAM YALEN
Assistant United States Attorney
Tel.: (212) 637-2722
Fax: (212) 637-2687

cc (by fax):   Brian C. Donnard, Esq.
               Fax: (212) 219-9866
               *Attorney for Plaintiff*

*Application granted. The conference will be held on December 7, 2007 at 12:15 p.m.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
10/11/2007

TOTAL P.02