MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2722

NOV 08 2007

CHAMBERS OF
WILLIAM H. PAULEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NADEEM AMIN,

                            Plaintiff,

            v.

ANDREA QUARANTILLO, New York District
Director of Citizenship and Immigration Services,

                            Defendant.

-------------------------------------------------------x

ECF Case

07 Civ. 7980 (WHP)

**STIPULATION AND ORDER
OF DISMISSAL**

WHEREAS, on September 11, 2007, plaintiff Nadeem Amin commenced this action

seeking relief for an alleged failure of U.S. Citizenship and Immigration Services ("USCIS")

timely to adjudicate plaintiff's application for naturalization;

WHEREAS, USCIS thereafter granted plaintiff's application for naturalization and

scheduled plaintiff to appear at a naturalization oath ceremony;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the

undersigned counsel for the parties appearing in this matter, that:

(1)    Plaintiff's claims are dismissed with prejudice and without costs or attorney's fees

to any party, and

(2)    This stipulation contains the entire agreement between the parties, and no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
     November 7, 2007

PLUNKETT & DONNARD
*Attorneys for Plaintiff*

By: _____
    BRIAN C. DONNARD, ESQ.
    401 Broadway, Suite 912
    New York, NY 10013
    Tel.: (212) 219-9866
    Fax: (212) 219-9167

Dated: New York, New York
     November 7, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By: _____
    ROBERT WILLIAM YALEN
    Assistant United States Attorney
    86 Chambers St., 3rd Floor
    New York, NY 10007
    Tel.: (212) 637-2722
    Fax: (212) 637-2687

SO ORDERED.    *The Clerk of Court*
*is directed to mark this*
Dated: New York, New York    *case closed.*
    11/8 , 2007

_____
HON. WILLIAM H. PAULEY, III
United States District Judge

-2-